UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22476-CIV-ALTONAGA/Goodman

DIELLIAVISSIA STRADFORD,

      Plaintiff,

v.

CREDENCE RESOURCE
MANAGEMENT, LLC,

      Defendant.     /

**NOTICE OF PENDING SETTLEMENT**

Defendant, Credence Resource Management, LLC (CRM), through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: September 27, 2018        */s/ Jocelyn C. Smith*
                                            Jocelyn C. Smith, Esq.
                                            Florida Bar No. 0036554
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida 33618
                                            Telephone: (813) 440-5328
                                            Facsimile: (866) 466-3140
                                            jsmith@sessions.legal
                                            dvanhoose@sessions.legal

                                            *Attorneys for Defendant,*
                                            *Credence Resource Management, LLC*

1

## CERTIFICATE OF SERVICE

I certify that on this 27th day of September 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Amanda J. Allen, Esq.
William Peerce Howard, Esq.
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629

/s/ Jocelyn C. Smith
Attorney