UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22476-CIV-ALTONAGA/Goodman

DIELLIAVISSIA STRADFORD,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, DIELLIAVISSIA STRADFORD, and the Defendant, CREDENCE RESOURCE MANAGEMENT, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Jocelyn C Smith,, Esq.* |
| **Amanda J. Allen, Esquire** | **Jocelyn D. Smith, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 0036554 |
| Amanda@TheConsumerProtectionFirm.com | jsmith@sessions.legal |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, LLC |
| 4030 Henderson Blvd. | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33629 | Tampa, FL 33618 |
| Tele: (813) 500-1500 | Tele: (813) 440-5328 |
| Fax: (813) 435-2369 | Fax: (866) 466-3140 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I certify that on November 27, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                         *s/Amanda J. Allen, Esq.*
                         **Amanda J. Allen, Esquire**
                         Florida Bar No. 98228
                         Amanda@TheConsumerProtectionFirm.com
                         Shenia@TheConsumerProtectionFirm.com
                         THE CONSUMER PROTECTION FIRM, PLLC
                         4030 Henderson Blvd.
                         Tampa, FL 33629
                         Tele: (813) 500-1500
                         Fax: (813) 435-2369
                         ***Attorney for Plaintiff***